UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGEL SULLIVAN, individually and d/b/a MOVICELL LATINO BOOST, <br><br> Defendant. | Case No.: 1:12-cv-00737 - AWI - JLT <br><br> ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT |

J & J Sports Productions, Inc. ("Plaintiff") seeks the entry of default judgment against Defendant Angel Sullivan, individually and doing business as Movicell Latino Boost ("Defendant"). (Doc. 10). In support of its motion, Plaintiff filed an affidavit of Gilbert Tate, an investigator who reported he viewed the Program broadcast at on a 19" television at Mercado Latino Boost on May 7, 2011. (Doc. 10-3 at 2). According to Mr. Tate, "The capacity of the establishment is approximately 20 people," and he "counted approximately 15 people" while at the business location. *Id.* However, Mr. Tate attached two photos to his affidavit that undermine his assertions that the business had a capacity of 20 persons. (Doc. 10-3 at 5). Rather, it appears the customers approached the business and were served at a counter. (*See id*).

Significantly, the capacity of an establishment and the number of patrons present are relevant factors for the Court's determination of damages under the Communications Act of 1934. *See, e.g.*,

1

*Joe Hand Promotions v. Brown*, 2010 U.S. Dist. LEXIS 119435 (E.D. Cal. Oct. 27, 2010); *Integrated Sports Media, Inc. v. Naranjo*, 2010 U.S. Dist. LEXIS 81264, at *10-11 (E.D. Cal. Aug. 11, 2010). Here, Mr. Tate has not explained the basis for his belief that the establishment has a capacity of 20 persons, or that there were 15 patrons present at the time of the Program broadcast who were able to view the program.

Accordingly, Plaintiff **SHALL** file supplemental briefing and/or a supplemental declaration, explaining the inconsistencies in Mr. Tate's affidavit and photographs for the Court's consideration in conjunction with the motion for default judgment. The supplemental brief shall be no more than five pages in length, and filed within ten days of the date of service of this order.

IT IS SO ORDERED.

Dated: **November 16, 2012**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE