UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ANGEL SULLIVAN, individually and d/b/a MOVICELL LATINO BOOST,<br><br>    Defendant. | Case No.: 1:12-cv-00737 - AWI - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

    On December 21, 2013, the Court granted in part Plaintiff's motion for default judgment against Defendant Angel Sullivan, individually and doing business as Movicell Latino Boost. (Doc. 16). The Court ordered Plaintiff's counsel to "submit a proposed form of judgment consistent with this decision within ten (10) days following the date of electronic service of this decision." *Id.* at 2. To date, no proposed form of judgment has been filed.

    The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute

an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within fourteen days of the date of service of this Order why sanctions should not be imposed for the failure comply with the Court's order or, in the alternative, to file a proposed form of judgment and to lodge it with Judge Ishii's chambers via e-mail to AWIOrders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **July 9, 2013**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE