Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:12-cv-00737-AWI-JLT |
| Plaintiff, | JUDGMENT |
| vs. | |
| ANGEL SULLIVAN, | |
| Defendant. | |

Default having been entered in this action on September 18, 2012 against Angel Sullivan, individually and d/b/a Movicell Latino Boost, and the application for and declarations in support of default judgment having been filed on October 12, 2012, and having been served on the Defendant and notice given and no appearance by the Defendant have been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///

///

///

///

///

JUDGMENT (Proposed)
CASE NO. 1:12-CV-00737-AWI-JLT
PAGE 1

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendant Angel Sullivan, individually and d/b/a Movicell Latino Boost and in favor of J & J Sports Productions, Inc., as follows:

a.  For the Violation of the Communications Act and conversion in the amount of:   $     3,500.00

Total:     $   **3,500.00**

**Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $3,500.00.**

IT IS SO ORDERED.

Dated:   July 10, 2013             _____
                                                                SENIOR DISTRICT JUDGE